# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

United States of America,

    Plaintiff(s),

v.

Victor Alfonso Cabada-Landeros,

    Defendant(s).

Case No. 2:26-mj-00070-NJK

**Order**

[Docket Nos. 17, 18]

Pending before the Court is a motion to seal, which was itself filed under seal, Docket No. 17, and a motion to withdraw as defense counsel filed on an ex parte basis, Docket No. 18.

"Neither party nor an attorney for any party may make an ex parte communication except as specifically permitted by court order or the Federal Rules of Civil or Criminal Procedure. An ex parte motion or application must articulate the rule that permits ex parte filing and explain why it is filed on an ex parte basis." Local Rule IA 7-2(b). Sealing requests filed in relation to non-dispositive motion practice must be supported by a "particularized showing" of good cause. *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006). "A motion to seal itself should not generally require sealing or redaction because litigants should be able to address the applicable standard without specific reference to confidential information." *Allegiant Travel Co. v. Kinzer*, 2022 WL 2819734, at *3 (D. Nev. July 19, 2022).

In this case, defense counsel has cited no rule that authorizes the motion to withdraw to be decided on an ex parte basis. Nor has a sufficient showing been made for sealing, as the papers reference in generalized terms the existence of a conflict. While detailed discussions as to why an attorney seeks to withdraw may at times delve into sensitive matters that warrant secrecy, making a generalized statement as to the reason for requesting withdrawal does not warrant secrecy.

Accordingly, the Court **DENIES** the motion to seal, Docket No. 17, and **DENIES** the request to consider the motion to withdraw on an ex parte basis. The Court **INSTRUCTS** the Clerk's Office to unseal Docket Nos. 17 and 18. The Court **GRANTS** the motion to withdraw as

1

counsel.  Docket No. 18.  The Court **ORDERS** the immediate appointment of new counsel from the CJA panel to represent Defendant.  New counsel is directed to contact Mr. Mula immediately upon appointment, so that he can arrange for the transfer of his file.

IT IS SO ORDERED.

Dated: May 7, 2026

_____
Nancy J. Koppe
United States Magistrate Judge